Order issued: September 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00247-CV

### CHARLES SHAVERS, JR., Appellant

V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-05449

## ORDER

By order dated July 30, 2012, the Court ordered Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court of Dallas County, Texas, to file, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. We cautioned appellant that if we received verification of no request, we would order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). On August 7, 2012, the Court received a letter from Ms. Martin informing the Court that she did not receive a request to prepare the reporter's record.

Accordingly, we **ORDER** the appeal submitted without the reporter's record. Appellant's brief is due **THIRTY DAYS** from the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE